# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **TRACY DILLON** individually and on behalf of similarly situated persons,<br><br>           Plaintiff,<br><br>   v.<br><br>**PJ CLEVELAND, LLC and NIKOLAS SILEA**<br><br>           Defendants. | **Case No. 1:20-cv-01730-DAP**<br><br>**Jury Demanded** |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff and the above-named Defendants, by and through their undersigned counsel and pursuant to F.R.C.P. 41(a)(1)(A)(ii), hereby represent that they stipulate to dismissal of this action. By agreement of the Parties, Plaintiff hereby dismisses this action without prejudice and with each party to bear its own costs of court and attorneys' fees.

DATED: January 22, 2021

Respectfully submitted,

Approved.
It is SO ORDERED.
s/*Dan Aaron Polster*
United States District Judge
January 22, 2021

*/s/ Alyson Beridon*
Alyson Beridon (#87496)
**BRANSTETTER, STRANCH & JENNINGS, PLLC**
2315 Walnut St. Suite 2315
Cincinnati, Ohio 45202
Telephone: (513) 31-2224
Facsimile: (615) 255-5419
Email: alysonb@bsjfirm.com